Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re | ) Case No. 23-32366-pcm11 |
| Local 8, International Longshoremen's and Warehousemen's Union, | ) ORDER APPROVING DEBTOR'S MOTION TO SHORTEN TIME ON FIRST DAY MOTIONS AND REQUEST FOR EXPEDITED HEARING |
| Debtor. | ) |

This motion came before the Court on the Debtor's Motion to Shorten Time on First Day Motions and Request for Expedited Hearing [Docket No. 5] (the "Motion"). Based on the Court's review of the Motion, the declarations and other pleadings filed in support of the Motion, and all pleadings and evidence of record in this case, it is hereby

//
//
//
//
//
//

**Page 1 of 2** – ORDER APPROVING DEBTOR'S MOTION TO SHORTEN TIME ON FIRST DAY MOTIONS AND REQUEST FOR EXPEDITED HEARING

ORDERED:

The Motion is GRANTED.

# # #

PRESENTED BY:

SUSSMAN SHANK LLP

/s/ Joshua G. Flood
_____
Susan S. Ford, OSB No. 842203
Thomas W. Stilley, OSB No. 883167
Joshua G. Flood, OSB No. 223085
sford@sussmanshank.com
tstilley@sussmanshank.com
jflood@sussmanshank.com
 Proposed Attorneys for Debtors and Debtors-in-Possession

26933-002 (04336872)

**Page 2 of 2** – ORDER APPROVING DEBTOR'S MOTION TO SHORTEN TIME ON FIRST DAY MOTIONS AND REQUEST FOR EXPEDITED HEARING