Susan S. Ford, OSB No. 842203
Thomas W. Stilley, OSB No. 883167
Joshua G. Flood, OSB No. 223085
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130
E-Mail: sford@sussmanshank.com
       tstilley@sussmanshank.com
       jflood@sussmanshank.com

Proposed Attorneys for Debtor and Debtor in Possession

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Local 8, International Longshoremen's and Warehousemen's Union,<br><br>Debtor. | Case No. 23-32366-pcm11<br><br>NOTICE OF HEARING |

YOU ARE NOTIFIED that a HEARING will be held on October 24, 2023, at 10:00 a.m. before The Honorable Peter C. McKittrick at the U.S. Bankruptcy Court, Courtroom No. 1, 1050 S.W. 6th Ave., #700, Portland, Oregon 97204, regarding:

- MOTION FOR ENTRY OF ORDER AUTHORIZING CONTINUED INTERIM USE OF DEBTOR'S CASH MANAGEMENT SYSTEM

- DEBTOR'S MOTION FOR AUTHORIZATION TO PAY PREPETITION PAYROLL EXPENSES AND RELATED TAXES, CONTINUE PAYROLL ACCOUNTS, AND GRANTING RELATED RELIEF

- DEBTOR'S MOTION FOR ORDER DETERMINING ADEQUATE ASSURANCE OF PAYMENT TO UTILITY COMPANIES

//

//

//

//

Page 1 of 2 – NOTICE OF HEARING

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Case 23-32366-pcm11    Doc 14    Filed 10/19/23

1     Testimony may be received if offered and admissible.

2     DATED this 19th day of October, 2023.

3                    SUSSMAN SHANK LLP

4

5             By  */s/ Susan S. Ford*
                Susan S. Ford, OSB No. 842203
                Thomas W. Stilley OSB No. 883167

6                 Joshua G. Flood, OSB No. 223085
                Proposed Attorneys for Debtor

7

26933-002 (04335344)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Page 2 of 2** – NOTICE OF HEARING

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Case 23-32366-pcm11   Doc 14   Filed 10/19/23

# CERTIFICATE OF SERVICE

I, Janine E. Hume declare as follows:

I am employed in the County of Multnomah, state of Oregon; I am over the age of eighteen years and am not a party to this action; my business address is 1000 SW Broadway, Suite 1400, Portland, Oregon 97205-3089, in said county and state.

I certify that on October 19, 2023, I served, **via overnight courier or email**, a full and correct copy of the foregoing **NOTICE OF HEARING**, to the parties of record, addressed as follows:

**See attached service list.**

I also certify that on October 19, 2023, I served the above-referenced document(s) on all ECF participants as indicated on the Court's Cm/ECF system.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: October 19, 2023.

*/s/ Janine E. Hume*
_____
Janine E. Hume, Legal Assistant

26933-002 (04338663)

CERTIFICATE OF SERVICE - Page 1

**Service List:**

Internal Revenue Service
IRS
PO Box 7346
Philadelphia, PA 19101-7346

Oregon Attorney General
Department of Justice
1162 Court St NE
Salem, OR 97301

Oregon Dept of Revenue
ODR Bkcy
955 Center St NE
Salem, OR 97301-2555

Oregon Employment Department
875 Union Street NE
Salem OR 97311

SEC
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles CA 90071-9591

Michael T. Garone
Schwabe, Williamson & Wyatt
1211 SW 5th Ave Ste. 1900
Portland, OR 97204
mgarone@schwabe.com

**20 Largest Unsecured Creditors:**

Western States OPEIU Pension
C/O BeneSys, Inc.
Attn: Robin Skiff
PMB116 5331 SW Macadam Ave Ste 258
Portland, OR 97239
robin.skiff@benesys.com

Coast Longshore Division
Attn: Kristen Donovan
1188 Franklin Street
San Francisco, CA 94109
Kirsten.donovan@ilwu.org

Portland Joint Labor Relations Committee
Attn: Diana Liedtke
555 Market Street, 3rd Floor
San Francisco, CA 94105
Jplrc-ap@pmanet.org

I.L.W.U.
Attn: Lindsay R. Nicholas
1188 Franklin Street
San Francisco, CA 94109
Lindsay.nicholas@ilwu.org

Columbia River Pensioners Memorial Assoc.,
Attn: John Miken
2435 NW Front Ave
Portland, OR 97209
Lindsay.nicholas@ilwu.org

Peterson & Associates PS
Attn: Kate Peredo
PO Box 65009
Vancouver, WA 98665
kate@vancouvercpa.com

Pacific Maritime Association
Pay Directs
Attn: Craig E. Epperson
PO Box 740849
Los Angeles, CA 90074

Superior Underwriters
Attn: Roy Ranklin
2002 156th Ave NE, #201
Bellevue, WA 98007
sbslovic@gsusuperior.com

Johnson Controls Security System
Attn: John Donofrio
PO Box 371967
Pittsburg, PA 15250-7967

Oregon Mutual Group
Attn: James Workinger, Esq.
PO Box 3900
Portland, OR 97208-3900
customerservicecenter@ormutual.com

Local 11 Health Funds
PO Box 515199
Los Angeles, CA 90051-5199
Robin.skiff@benesys.com

Servicemaster
Attn: Samuel Okafor
PO Box 1213
Clackamas, OR 97015

Trotter Morton Facility Service
Attn: David Ryan
29755 SW Boones Ferry Road
Wilsonville, OR 00097-0770

American Bankers Insurance Company
Attn: Jay Rosenblum
PO Box 731178
Dallas, TX 75373-1178

Western State Employee Pension Fund
Attn: Elizabeth Guerrero
Unit 10, PO Box 4800
Portland, OR 97208-4800
Elizabeth.guerrero@benesys.com

Portland General Electric
Attn: Maria M. Pope
PO Box 4438
Portland, OR 97208-4438

City of Portland
Attn: Robert L. Taylor
PO Box 4216
Portland, OR 97208
cityattorneysoffice@portlandoregon.gov

Comcast Business
Attn: Thomas J. Reid
PO Box 376091
Philadelphia, PA 19101-0601
Business_referral_info@cable.comcast.com

Oregon Area District Council
Attn: Matthew Findley
2435 NW Front Ave
Portland, OR 97209
mfindley@gmail.com

SAIF Corporation
Attn: David A. Aamodt
400 High Street
Salem, OR 97312
saifinfo@saif.com

**Utilities**:

Arrow Sanitary Service
5455 NE 109th Ave
Portland, OR 97220

AT&T
208 S. Akard Street, Suite 2954,
Dallas, Texas 75202

City of Portland
Portland Water Bureau
1120 SW 5th Avenue, Suite 405
Portland, OR 97204
cityattorneysoffice@portlandoregon.gov

Comcast Business
Attn: Thomas J. Reid
1701 John F Kennedy Blvd, Suite C100,
Philadelphia, PA 19103
Business_referral_info@cable.comcast.com

Comcast Cable
Attn: Thomas J. Reid
1701 John F Kennedy Blvd, Suite C100,
Philadelphia, PA 19103

NW Natural Gas
250 SW Taylor St,
Portland, OR 97204

Portland General Electric
Attn: Maria M. Pope
121 SW Salmon St
Portland, OR 97204

Servicemaster
Attn: Samuel Okafor
1016 NE 61st Ave,
Portland, OR 97213