UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 23-32366-pcm11 |
| | ) | |
| Local 8, International Longshoremen's | ) | |
|   & Warehousemen's Union, | ) | CHAPTER 11 |

NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

    Pursuant to 11 U.S.C. § 1183(a), the United States Trustee, Gregory M. Garvin, has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

Amy Mitchell
PO Box 2289
Lake Oswego, OR 97035
(503) 675-9955
(503) 675-9977 fax
mitchelltrustee@comcast.net

    The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date: 10/20/23
                                              GREGORY M. GARVIN
                                              Acting United States Trustee
                                              Region 18, Judicial District
                                              Of Oregon

                                              By: */s/ Stephen P. Arnot*
                                              STEPHEN ARNOT OSB # 070765
                                              Assistant United States Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON
PORTLAND DIVISION

IN RE:

Local 8, International Longshoremen's
And Warehousemen's Union

Debtor

CASE NO.

23-32366-pcm11

**VERIFIED STATEMENT OF CHAPTER 11 SUBCHAPTER V TRUSTEE**

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

I anticipate seeking compensation for my service in this case at a minimum hourly rate of $425.00. However, hourly rates will increase based upon the complexity of the case and the length of administration by the Trustee. In addition, I will seek reimbursement for any actual and necessary expenses I incur. All compensation and expenses sought by the Trustee will be subject to court approval pursuant to 11 U.S.C. § 330.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated: October 19, 2023

/s/ Amy Mitchell
Amy Mitchell