| 10/24/2023 | | Judge Peter C McKittrick |
|---|---|---|
| 10:00 23-32366-pcm11 | Local 8, International Longshoremen's and Warehouseman's Union - db | SUSAN FORD & JOSHUA FLOOD |
| | ICTSI Oregon, Inc. - cr | DANIEL KUBITZ & LAWRENCE REAM |
| | Cody Crew Inc. - cr | DANIEL STEINBERG |
| | Amy E Mitchell -tr US Trustee, Portland -ust | CHRISTIAN TORIMINO |

**Matters:**
**1. Motion for Entry of Order Authorizing Continued Interim Use of Debtors Cash Management System and Supporting Document(s). Filed by Debtor Local 8, International Longshoremens and Warehousemens Union (FORD, SUSAN) Doc# 11**
**2. Motion to Pay Prepetition Payroll Expenses and Related Taxes, Continue Payroll Accounts, and Granting Related Relief and Supporting Document(s). Filed by Debtor Local 8, International Longshoremens and Warehousemens Union (FORD, SUSAN) Doc# 12**
**3. Motion for Order Determining Adequate Assurance of Payment to Utility Companies and Supporting Document(s). Filed by Debtor Local 8, International Longshoremens and Warehousemens Union (FORD, SUSAN) Doc# 13**

Additional Appearances: Troy Mosteller - Treasurer

Summary of Proceedings

Ms. Ford gave a summary to the Court on where parties stood on first day motions.

1. For the reasons set forth on the record, the Court will grant the motion authorizing continued interim use of debtor's cash management system with an order that is acceptable to the UST's office (ECF No. 11).

2. For the reasons set forth on the record, the Court will grant the motion to pay pre-petition payroll expenses, related expenses, and continued payroll accounts that is set forth in the bankruptcy code and with an order that is acceptable to the UST's office (ECF No. 12).

3. For the reasons set forth on the record, the Court will grant the motion authorizing deposits to be made to utility companies, but Service Master will be removed from Exhibit A (ECF No. 13).

Case management conference 11-16-2023 at 2:30 p.m. by video. Visit www.orb.uscourts.gov/video-hearings for connection information.

Order to be prepared by:  _____ Clerk's Office  _____ Chambers  Other: Susan Ford

In Re:

Local 8, International Longshoreman's & Warehousemen's Union

Debtor(s).

Case # 23-32366-pcm11

# List of Persons Attending

Date of Hearing 10-24-2023

**PLEASE WRITE LEGIBLY**

| PRINT YOUR NAME | PRINT NAME OF BUSINESS OR PERSON YOU REPRESENT |
|---|---|
| Christian Torimino | U.S. Trustee |
| Daniel Steinberg | Cody Crew Inc |
| Daniel Kubitz | ICTSI Oregon Inc. |
| Susan Ford | Local 8 |
| Troy McNulty | Local 8 |
| Josh Flood | Local 8 |