Susan S. Ford, OSB No. 842203
Thomas W. Stilley, OSB No. 883167
Joshua G. Flood, OSB No. 223085
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130
E-Mail: sford@sussmanshank.com
       tstilley@sussmanshank.com
       jflood@sussmanshank.com

Proposed Attorneys for Debtor and Debtor in Possession

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Local 8, International Longshoremen's and Warehousemen's Union,<br><br>Debtor. | Case No. 23-32366-pcm11<br><br>DEBTOR'S PRECAUTIONARY MOTION TO EXTEND TIME TO SUPPLEMENT CASE MANAGEMENT DOCUMENTS |

Pursuant to 11 USC § 1188 and the Court's Order Setting Case Management Conference and Notice of Possible Dismissal [ECF 30] (the "Order"), the Debtor, Local 8, International Longshoremen's and Warehousemen's Union ("Debtor" or "Local 8") has provided its Response to the Case Management Order, including attachments consisting of Debtor's financial reports and information available as of November 2, 2023 (the "Response").

As a precaution, the Debtor moves the Court for an extension of up to 45 days as necessary to provide supplemental information for the reasons set forth in the Response, including that Local 8 filed this case on October 18, 2023 – less than 2 weeks ago.[1] During the first two weeks

---

[1] 11 USC § 1188 provides for a status conference not later than 60 days after entry of the order for relief.

**Page 1 of 2** - DEBTOR'S PRECAUTIONARY MOTION TO EXTEND TIME TO SUPPLEMENT CASE MANAGEMENT DOCUMENTS

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Case 23-32366-pcm11    Doc 42    Filed 11/02/23

1  of the case, Local 8 has attended to its "First Day Motions," including confirming requirements of
2  cash management with the U.S. Trustee's office and other matters. Accordingly, Local 8 may need
3  some additional time to provide all the information requested, although it believes its Response is
4  substantially complete.
5      Dated this 2nd day of November, 2023.

                        SUSSMAN SHANK LLP

                        By  */s/ Susan S. Ford*
                            Susan S. Ford, OSB No. 842203
                            Proposed Attorneys for Debtor

Page 2 of 2 - DEBTOR'S PRECAUTIONARY MOTION TO EXTEND TIME TO SUPPLEMENT CASE MANAGEMENT DOCUMENTS

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Case 23-32366-pcm11    Doc 42    Filed 11/02/23

CERTIFICATE OF SERVICE

I, Janine E. Hume declare as follows:

I am employed in the County of Multnomah, state of Oregon; I am over the age of eighteen years and am not a party to this action; my business address is 1000 SW Broadway, Suite 1400, Portland, Oregon 97205-3089, in said county and state.

I certify that on November 2, 2023, I served the **DEBTOR'S PRECAUTIONARY MOTION TO EXTEND TIME TO SUPPLEMENT CASE MANAGEMENT DOCUMENTS** on all ECF participants as indicated on the Court's Cm/ECF system.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: November 2, 2023.

*/s/ Janine E. Hume*

Janine E. Hume, Legal Assistant

26933-002 (04338663)

CERTIFICATE OF SERVICE - Page 1

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Case 23-32366-pcm11    Doc 42    Filed 11/02/23