Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

In re

Local 8, International Longshoremen's and Warehousemen's Union,

Debtor.

Case No. 23-32366-pcm11

ORDER APPROVING DEBTOR'S PRECAUTIONARY MOTION TO EXTEND TIME TO SUPPLEMENT CASE MANAGEMENT DOCUMENTS

This motion came before the Court on the Debtor's Precautionary Motion to Extend Time to Supplement Case Management Documents (the "Motion") filed on November 2, 2023. Based on the Court's review of the Motion, and all pleadings and evidence of record in this case:

//
//
//
//
//
//

**Page 1 of 2** – ORDER APPROVING DEBTOR'S PRECAUTIONARY MOTION TO EXTEND TIME TO SUPPLEMENT CASE MANAGEMENT DOCUMENTS

1     IT IS ORDERED:

2     The Motion is GRANTED.

3                         # # #

4 PRESENTED BY:

5 SUSSMAN SHANK LLP

6 */s/ Susan S. Ford*

7 _____
Susan S. Ford, OSB No. 842203
8 Thomas W. Stilley, OSB No. 883167
Joshua G. Flood, OSB No. 223085
9 sford@sussmanshank.com
tstilley@sussmanshank.com
10 jflood@sussmanshank.com
11   Proposed Attorneys for Debtors and Debtors-in-Possession

12

13
26933-002 (04349340)
14

**Page 2 of 2** – ORDER APPROVING DEBTOR'S PRECAUTIONARY MOTION TO EXTEND TIME TO SUPPLEMENT CASE MANAGEMENT DOCUMENTS

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Case 23-32366-pcm11    Doc 43    Filed 11/08/23