IT IS ORDERED that the application below is approved.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re:

Debtor(s)

Plaintiff(s)

v.

Defendant(s)

Case No:_____

APPLICATION FOR SPECIAL ADMISSION *PRO HAC VICE,* **AND ORDER THEREON**

Adv. Proc. No. (if applicable):_____

The undersigned, attorney for the following named party(s): _____
_____, moves for admission of the following attorney *pro hac vice:*

(a) **APPLICANT ATTORNEY INFORMATION**

   (1) **Personal Data**:

     (A) Attorney's Name:

     (B) Firm or Business Affiliation:

     (C) Mailing Address:

     (D) Business Telephone Number:

     (E) Fax Telephone Number:

     (F) E-Mail Address:

(2) **Bar Admissions Information**: I certify that I am now a member in good standing of the following State and/or Federal Bar Association:

   (A) State Bar Admissions, Standing, Admissions Date and BAR ID Number:

   (B) Federal Bar Admissions, Standing, Admissions Date and BAR ID Number:

(3) **Certification of Disciplinary Proceedings**:

   I certify that I am not now, nor have I ever been subject to any disciplinary action by any State or Federal bar association or administrative agency.

   I certify that I am now, or have been subject to disciplinary action from a State or Federal bar association or administrative agency (see attached letter of explanation).

(4) **Certification of Professional Liability Insurance**: I certify that I have a current professional liability insurance policy that will apply in this case, and that the policy will remain in effect during the course of these proceedings.

(b) **CERTIFICATION OF ASSOCIATED LOCAL COUNSEL**: I certify that:

(1) I am a member in good standing of the Bar of this court, and that I will serve as designated local counsel in this particular case.

(2) I have verified the information supplied by the applicant in pt. (a)(2).

(3) **Local Counsel's Personal Data**:

   (A) Name and Oregon State Bar ID Number:

   (B) Firm or Business Affiliation:

   (C) Mailing Address:

   (D) Business Telephone Number:

   (E) Fax Telephone Number:

   (F) E-Mail Address:

(4) **Meaningful Participation Requirements**: I certify that I have discussed the participation requirements of LR 83-3 with my associate counsel.

(c) **SIGNATURES OF COUNSEL**

_____        _____
Local Counsel                                  Special Admissions Applicant
NAME:                                          NAME:
ADDRESS:                                       ADDRESS:

PHONE:                                         PHONE: