Lawrence R. Ream, admitted *pro hac vice*
Email: lream@schwabe.com
Daniel R. Kubitz, OSB #181381
Email: dkubitz@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

Attorneys for ICTSI Oregon, Inc.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re:<br><br>LOCAL 8, INTERNATIONAL LONGSHOREMEN'S AND WAREHOUSEMEN'S UNION,<br><br>Debtor. | Chapter 11<br><br>No. 23-32366-pcm11<br><br>ICTSI OREGON, INC.'S REPLY TO THE DEBTOR'S RESPONSE TO CASE MANAGEMENT ORDER |
|---|---|

Creditor ICTSI Oregon, Inc. ("**ICTSI**") hereby submits its reply ("**Reply**") to *Debtor's Response to Case Management Order* [Dkt. 41] ("**Debtor's Case Management Response**") filed by the debtor in this case ("**Debtor**" or "**Local 8**").

## PRELIMINARY STATEMENT

ICTSI supports proceeding with the case management conference scheduled for November 16, 2023 at 2:30 PM, as set forth in the *Order Setting Case Management Conference and Notice of Possible Dismissal* [Dkt. 30] ("**Case Management Order**").[1] ICTSI also files this

---

[1] The Debtor's Case Management Response states that the concurrently-filed *Debtor's Precautionary Motion to Extend Time to Supplement Case Management Documents* [Dkt. 42] will be requesting "a further date for a continued case management conference, if necessary" though that request was not included in the motion.

Page 1 of 4- ICTSI OREGON, INC.'S REPLY TO THE DEBTOR'S RESPONSE TO CASE MANAGEMENT ORDER

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

Case 23-32366-pcm11    Doc 49    Filed 11/10/23

Reply to clear up a number of potentially misleading statements made in the Debtor's Case Management Response.

**CASE MANAGEMENT ISSUES**

While Debtor's Case Management Response correctly notes that as to the ICTSI litigation, "liability ha[s] been determined", in the immediately-preceding sentence it also misstates that ICTSI seeks "millions of dollars for *alleged* unfair labor practices" (emphasis added). To be crystal clear on this point, a jury found Local 8 and ILWU liable to ICTSI for a half-decade of unlawful labor actions,[2] in willful disobedience to an injunction issued in the United States District Court for the District of Oregon.[3]

Debtor's Case Management Response makes much of this case's connections to the currently pending bankruptcy proceedings[4] of the International Longshore and Warehouse Union ("**ILWU**"), its affiliate,[5] asking this Court to consider sitting on its hands while the ILWU Bankruptcy proceeds to address its issues with ICTSI's damage claims. This stands in contrast to the request of Debtor's counsel at the First Day Hearing that Local 8 wants to run its own case and that it would like to keep this case separate from the ILWU Bankruptcy. While Local 8 is entitled to any applicable protections of the Bankruptcy Code, ICTSI must also be permitted to exercise its rights under the Bankruptcy Code.

Debtor's Case Management Response also muddies the waters regarding responsibility for the litigation costs associated with the extensive and costly legal proceedings between the

---

[2] *ICTSI Oregon Inc. v. International Longshore and Warehouse Union and ILWU Local 8*, Case No. 3:12-cv-01058-SI

[3] *Hooks v. International Warehouse Union et al*, Case No. 3-12-cv-1088-SI.

[4] *In re Int'l Longshore and Warehouse Union*, Case No. 23-30662-HLB (Bankr. N.D. Cal.) ("**ILWU Bankruptcy**").

[5] "Affiliate" as used in the current context has the meaning as it is used in labor law rather than its defined meaning under the Bankruptcy Code; see also *Debtor's Case Management Response*, Ex. B, pp. 2, 10, 18 ("The Local, in Portland, Oregon, is affiliated with the International Union in San Francisco").

Page 2 of 4- ICTSI OREGON, INC.'S REPLY TO THE DEBTOR'S RESPONSE TO CASE MANAGEMENT ORDER

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

Case 23-32366-pcm11    Doc 49    Filed 11/10/23

Debtor and ICTSI,[6] stating that "Local 8 cannot afford to pay such counsel, experts, and related fees for extensive additional litigation to liquidate ICTSI's claim in the district court" and "Local 8 will be crippled by the defense costs alone."[7] However, Local 8 fails to disclose that it has never paid for the costs of its litigation with ICTSI, as reflected in the financial documents attached to Debtor's Case Management Response[8] as well as its LM-2 filings with the U.S. Department of Labor.[9] As directed by the Court for discussion during the Case Management Conference regarding moving the matter forward, ICTSI asserts that there are a number of areas for which discovery is appropriate without delay, particularly as to Local 8's assets and liabilities, and Local 8's relationship with ILWU and its divisions, including ILWU's Coast Longshore Division ("**CLD**"), the division which has paid Local 8's fees and costs since the beginning of its litigation with ICTSI. In particular, discovery into the basis and circumstances upon which CLD bore Local 8's fees and costs for more than a decade, why it purportedly stopped doing so, and what manner of rights or claims Local 8 might have against CLD and other divisions, persons, or entities, is appropriate. Notably, Local 8's bankruptcy schedules omit any rights or claims against CLD, ILWU, or other divisions, persons, or entities in relation to its proven liability to ICTSI.[10] ICTSI raises this now as it believes discovery will impact the plan confirmation process.

---

[6] These proceedings were initiated by Local 8 and ILWU filing claims against ICTSI, but after those claims were dismissed only ICTSI's counterclaims proceeded to trial.

[7] *Debtor's Case Management Response*, p. 3.

[8] "The Local is a Co-Defendant along with it's [sic] International ILWU. The Coast Longshore Division (CLD) has assumed responsibility for the litigation expenses related to this matter." *Debtor's Case Management Response*, Ex. B, pp. 6, 14, 22.

[9] See *ICTSI Oregon, Inc.'s Response and Reservation of Rights re Debtor's First Day Motions* ("**ICTSI First Day Response**"), p. 5 & n.13.

[10] See *Debtor's Voluntary Petition for Non-Individuals Filing for Bankruptcy* [Dkt. 1], which included the Debtor's bankruptcy schedules; see also *ICTSI First Day Response*, p. 5.

Page 3 of 4- ICTSI OREGON, INC.'S REPLY TO THE DEBTOR'S RESPONSE TO CASE MANAGEMENT ORDER

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

Case 23-32366-pcm11    Doc 49    Filed 11/10/23

## CONCLUSION

Local 8 should not be allowed to use the concurrent ILWU Bankruptcy proceedings as a tool to delay this bankruptcy case or prevent ICTSI from exercising its rights under the Bankruptcy Code (and other applicable law) to move forward, including discovery relating to Local 8's assets and liabilities, its relationships with ILWU, CLD, and affiliated labor unions, and its potential claims against other persons or entities.

Dated this 10th day of November, 2023.

SCHWABE, WILLIAMSON & WYATT, P.C.

By: */s/ Daniel R. Kubitz*
Lawrence R. Ream, admitted *pro hac vice*
Email: lream@schwabe.com
Daniel R. Kubitz, OSB #181381
Email: dkubitz@schwabe.com
Telephone: 503.222.9981

Of Attorneys for ICTSI Oregon, Inc.

Page 4 of 4- ICTSI OREGON, INC.'S REPLY TO THE DEBTOR'S RESPONSE TO CASE MANAGEMENT ORDER

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

Case 23-32366-pcm11    Doc 49    Filed 11/10/23

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of November 2023, I caused to be served the foregoing ICTSI OREGON, INC.'S REPLY TO THE DEBTOR'S RESPONSE TO CASE MANAGEMENT ORDER on the following party at the following address:

by:
- ☐ U.S. Postal Service, ordinary first class mail
- ☐ U.S. Postal Service, certified or registered mail, return receipt requested
- ☐ hand delivery
- ☐ facsimile
- ☒ electronic service (ECF)
- ☐ other (specify) _____

*/s/ Daniel R. Kubitz*
Daniel R. Kubitz

CERTIFICATE OF SERVICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

PDX\119639\200028\DRK\40575116.5

Case 23-32366-pcm11    Doc 49    Filed 11/10/23