# INTERNATIONAL LONGSHORE & WAREHOUSE
## Sales by Item Summary
### October 18 - 31, 2023

| | Oct 18 - 31, 23 | | | |
| | Qty | Amount | % of Sales | Avg Price |
|---|---|---|---|---|
| **Service** | | | | |
| 401-REG DUES (REGULAR DUES - CLASS A) | 15 | 10,157.09 | 56.1% | 677.14 |
| 402-PERMIT (PERMIT FEES) | 10 | 2,215.30 | 12.2% | 221.53 |
| 403-OTHER DIV (OTHER DIVISIONS) | 17.00 | 330.00 | 1.8% | 19.41 |
| 409-RETIRED (ACTIVE RETIRED DUES) | 13 | 156.00 | 0.9% | 12.00 |
| 413-RENTAL IN (RENTAL INCOME) | 3.00 | 5,263.74 | 29.1% | 1,754.58 |
| 509-OFFICE (OFFICE SUPPLIES) | 1 | -14.60 | -0.1% | -14.60 |
| **Total Service** | 59.00 | 18,107.53 | 100.0% | 306.91 |
| **TOTAL** | 59 | 18,107.53 | 100.0% | 306.91 |

417 Interest

checking    .58

C/D Interest    80.96

18,189.07

Exhibit C
Page 1 of 1        Case 23-32366-pcm11    Doc 56-1    Filed 11/17/23

# INTERNATIONAL LONGSHORE & WAREHOUSE
## Account QuickReport
### October 31, 2023

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| **509 · OFFICE SUPPLIES (Office Supplies)** | | | | | |
| General Journal | 10/31/2023 | 23.10.09 | | C/D SURRENDER PENALTY | 45.11 |
| Total 509 · OFFICE SUPPLIES (Office Supplies) | | | | | 45.11 |
| **TOTAL** | | | | | **45.11** |

Exhibit D
Page 1 of 1
Case 23-32366-pcm11    Doc 56-1    Filed 11/17/23

# STATEMENT OF ACCOUNT

PORTLAND LOCAL 8 FCU      503-223-9306
2435 NW FRONT AVE STE A
PORTLAND    OR   97209        0150

Each loan marked * is an open-end loan. The balance used to compute the finance charge on open-end loans is the unpaid principal balance at the time of the transaction. On the date an advance is taken, the amount of the advance is added to the unpaid principal balance. On the date a payment is made, the finance charge and any late charges due are deducted from the payment amount and the remainder, if any, is subtracted from the unpaid principal balance. The Annual Percentage Rate (APR) is shown in the loan summary below. The phrase "(MAY VARY)" means that this loan has a variable Annual Percentage Rate.

The Annual Percentage Rate (APR) is shown in the loan summary below. The phrase "(MAY VARY)" means that this loan has a variable Annual Percentage Rate.



| STATEMENT PERIOD | |
|---|---|
| FROM | TO |
| 10-01-23 | 10-31-23 |

MEMBER NUMBER

-      1

SOC. SEC. NUMBER    PAGE

97209

ILWU LOCAL # 8
2435 NW FRONT AVE
PORTLAND OR 97209-1824

| DATE MO | DAY | Y | TYPE OF ACCOUNT / TYPE OF TRANSACTION | LOAN PAYMENT AMOUNT | FINANCE CHARGE | FEE OR LATE CHARGES | CHANGE TO BALANCE | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 10 | 01 | 3 | REGULAR SHARE | | | | PREVIOUS BALANCE | 10093919 |
| 10 | 01 | 3 | SCHEDULED TRANSFER FROM GL | | | | 485374 | 10579293 |
| 10 | 31 | 3 | SCHEDULED TRANSFER FROM ILWULOCA SHARE 70 | | | | 35000 | 10614293 |
| 10 | 31 | 3 | | | | | NEW SHARE BALANCE | 10614293 |
| 10 | 01 | 3 | SECONDARY SHARE | | | | PREVIOUS BALANCE | 27046 |
| 10 | 31 | 3 | | | | | NEW SHARE BALANCE | 27046 |
| 10 | 01 | 3 | 0001052 60 MONTH CD | | | | PREVIOUS BALANCE | 15343563 |
| 10 | 25 | 3 | PENALTY | | | | 4511- | 15339052 |
| 10 | 25 | 3 | SURRENDER | | | | 3000000- | 12339052 |
| 10 | 31 | 3 | DIVIDEND | | | | 8096 | 12347148 |
| 10 | 31 | 3 | MATURE 08-26-26 0.650 | | | | NEW CERT. BALANCE | 12347148 |
| 10 | 01 | 3 | SHARE DRAFT SHARE DRAFT | | | | PREVIOUS BALANCE | 472033 |
| 10 | 31 | 3 | SHARE DRAFT | | | | NEW SHARE BALANCE | 472033 |

```
-------- ******** 2023 YEAR-TO-DATE FINANCIAL SUMMARY ******** ----------
   DIV/INT    DIV/INT       MORTGAGE   MORTGAGE  MORTGAGE    OTHER NON-MTG
    PAID     WITHHOLDING     POINTS    LATE CHG  FINANCE CHG FINANCE CHG
   1051.62      0.00          0.00       0.00      0.00         0.00

   CERT
  PENALTIES
   119.09
```

This statement is a permanent record of your account. Income tax information appears at the end of the statement



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

ILWU LOCAL #8
GENERAL FUND
2435 NW FRONT AVE
PORTLAND, OR 97209-1890

# Your Business Interest Checking

for October 1, 2023 to October 31, 2023

ILWU LOCAL #8     GENERAL FUND

## Account summary

| | |
|---|---|
| Beginning balance on October 1, 2023 | $79,042.22 |
| Deposits and other credits | 142,642.78 |
| Withdrawals and other debits | -37,275.30 |
| Checks | -132,051.22 |
| Service fees | -0.00 |
| **Ending balance on October 31, 2023** | **$52,358.48** |

*Annual Percentage Yield Earned this statement period: 0.01%.*
*Interest Paid Year To Date: $5.58.*

---

BANK OF AMERICA

## Preferred Rewards
For Business

## Enroll today and activate y

Becoming a Preferred Rewards for Business member
and rewards—no fees on select banking services, bo
credit cards, higher interest rates on business saving
on new loans and more. Plus, there's no fee to join or

To activate or learn more, visit **bankofamerica.com**

---

PULL: E    CYCLE: 43    SPEC: E    DELIVERY: E    TYPE:    IMAGE: B    BC: OR

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- -- Tell us your name and account number.
- -- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- -- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

Bank of America, N.A. Member FDIC and    Equal Housing Lender

Case 23-32366-pcm11    Doc 56-1    Filed 11/17/23

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 10/03/23 | Deposit | 11,846.59 |
| 10/06/23 | LSP PYRL CLEARNG DES:PMA ACH    ID:368  INDN:ILWU - LOCAL 08        CO ID:5941126322 CCD PMT INFO:368 | 92,362.64 |
| 10/10/23 | Deposit | 1,082.64 |
| 10/12/23 | PMA GENERALCORP DES:PMA ACH    ID:368  INDN:ILWU - LOCAL 08        CO ID:2942914940 CCD  PMT INFO:INVOICE NUMBER: 100223 QUESTIONS? 415-57  6-3249 ACCOUNTSPAYABLE@PMANET.ORG | 60.00 |
| 10/13/23 | LSP PYRL CLEARNG DES:PMA ACH    ID:368  INDN:ILWU - LOCAL 08        CO ID:5941126322 CCD PMT INFO:368 | 4,384.58 |
| 10/20/23 | LSP PYRL CLEARNG DES:PMA ACH    ID:368  INDN:ILWU - LOCAL 08        CO ID:5941126322 CCD PMT INFO:368 | 1,468.70 |
| 10/25/23 | Counter Credit | 30,000.00 |
| 10/27/23 | LSP PYRL CLEARNG DES:PMA ACH    ID:368  INDN:ILWU - LOCAL 08        CO ID:5941126322 CCD PMT INFO:368 | 1,437.05 |
| 10/31/23 | Interest Earned | 0.58 |
| **Total deposits and other credits** | | **$142,642.78** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 10/02/23 | Sussman Shank   DES:eCheck     ID:000000005085264  INDN:ILWU LOCAL 8          CO ID:4721601420 WEB | -15,000.00 |
| 10/02/23 | OR REVENUE DEPT  DES:TAXPAYMENT ID:76221056  INDN:INTERNATIONAL LONGSHOR  CO ID:9302015091 CCD | -622.00 |
| 10/02/23 | IRS           DES:USATAXPYMT ID:270367580334190  INDN:INTERNATIONAL LONGSHOR  CO ID:3387702000 CCD | -82.63 |
| 10/04/23 | OR REVENUE DEPT  DES:TAXPAYMENT ID:XXXXXXXXX  INDN:INTERNATIONAL LONGSHOR  CO ID:9302015091 CCD | -5,511.03 |
| 10/10/23 | IRS           DES:USATAXPYMT ID:270368301978233  INDN:INTERNATIONAL LONGSHOR  CO ID:3387702000 CCD | -4,068.30 |

*continued on the next page*

Case 23-32366-pcm11    Doc 56-1    Filed 11/17/23

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|-------:|
| 10/11/23 | OR REVENUE DEPT  DES:TAXPAYMENT ID:1584319104  INDN:INTERNATIONAL LONGSHOR  CO ID:9302015091 CCD | -966.00 |
| 10/13/23 | IRS        DES:USATAXPYMT ID:270368674495428  INDN:INTERNATIONAL LONGSHOR  CO ID:3387702000 CCD | -2,330.66 |
| 10/13/23 | OR REVENUE DEPT  DES:TAXPAYMENT ID:XXXXXXXXX  INDN:INTERNATIONAL LONGSHOR  CO ID:9302015091 CCD | -606.00 |
| 10/16/23 | LARKINS VACURA K DES:J1944 OOFF ID:CZ100004QTM5C  INDN:ILWU LOCAL 8          CO ID:8263863381 CCD  PMT INFO:TRN*1*CZ100004QTM5C\RMR*IK*LARKINS VACUR  A KAYSER LL\ | -2,500.00 |
| 10/16/23 | IRS        DES:USATAXPYMT ID:270368913906029  INDN:INTERNATIONAL LONGSHOR  CO ID:3387702000 CCD | -2,234.88 |
| 10/17/23 | IRS        DES:USATAXPYMT ID:270369080038633  INDN:INTERNATIONAL LONGSHOR  CO ID:3387702000 CCD | -2,242.80 |
| 10/18/23 | OR REVENUE DEPT  DES:TAXPAYMENT ID:1247701632  INDN:INTERNATIONAL LONGSHOR  CO ID:9302015091 CCD | -557.00 |
| 10/18/23 | OR REVENUE DEPT  DES:TAXPAYMENT ID:1367059072  INDN:INTERNATIONAL LONGSHOR  CO ID:9302015091 CCD | -554.00 |

**Total withdrawals and other debits**                                    **-$37,275.30**

## Checks

| Date | Check # | Amount |   | Date | Check # | Amount |
|------|---------|-------:|---|------|---------|-------:|
| 10/19/23 | 29992 | -62.20 | | 10/10/23 | 30059 | -6,500.00 |
| 10/10/23 | 30024* | -799.72 | | 10/04/23 | 30060 | -4,106.00 |
| 10/03/23 | 30027* | -152.50 | | 10/06/23 | 30061 | -5,793.48 |
| 10/05/23 | 30035* | -400.00 | | 10/05/23 | 30062 | -2,256.61 |
| 10/02/23 | 30037* | -270.17 | | 10/11/23 | 30063 | -231.59 |
| 10/10/23 | 30041* | -6,500.00 | | 10/11/23 | 30064 | -1,034.54 |
| 10/03/23 | 30042 | -808.37 | | 10/10/23 | 30065 | -427.57 |
| 10/06/23 | 30043 | -21.48 | | 10/12/23 | 30066 | -500.00 |
| 10/02/23 | 30044 | -787.79 | | 10/13/23 | 30067 | -567.89 |
| 10/06/23 | 30046* | -1,419.04 | | 10/11/23 | 30068 | -545.04 |
| 10/04/23 | 30047 | -80.05 | | 10/26/23 | 30069 | -22.41 |
| 10/03/23 | 30048 | -665.03 | | 10/11/23 | 30070 | -665.03 |
| 10/04/23 | 30049 | -386.41 | | 10/11/23 | 30071 | -799.71 |
| 10/03/23 | 30050 | -799.71 | | 10/10/23 | 30072 | -2,065.91 |
| 10/06/23 | 30051 | -1,563.05 | | 10/11/23 | 30073 | -1,324.17 |
| 10/02/23 | 30052 | -2,065.92 | | 10/17/23 | 30074 | -411.14 |
| 10/03/23 | 30053 | -1,324.19 | | 10/12/23 | 30075 | -1,275.35 |
| 10/03/23 | 30054 | -326.95 | | 10/18/23 | 30076 | -6,500.00 |
| 10/02/23 | 30055 | -387.41 | | 10/16/23 | 30077 | -1,537.53 |
| 10/03/23 | 30056 | -7,560.00 | | 10/13/23 | 30078 | -269.43 |
| 10/05/23 | 30057 | -34.00 | | 10/17/23 | 30079 | -35.13 |
| 10/05/23 | 30058 | -5,148.08 | | 10/19/23 | 30080 | -21,429.25 |

continued on the next page

## BANK OF AMERICA

**Your checking account**

## Checks - continued

| Date | Check # | Amount |
|------|---------|--------|
| 10/16/23 | 30081 | -20.00 |
| 10/17/23 | 30082 | -665.03 |
| 10/17/23 | 30083 | -799.71 |
| 10/16/23 | 30084 | -2,065.93 |
| 10/17/23 | 30085 | -1,361.76 |
| 10/18/23 | 30086 | -15,016.33 |
| 10/25/23 | 30087 | -11,056.62 |

| Date | Check # | Amount |
|------|---------|--------|
| 10/17/23 | 30091* | -796.50 |
| 10/20/23 | 30093* | -5,394.80 |
| 10/18/23 | 30094 | -97.50 |
| 10/18/23 | 30095 | -688.21 |
| 10/17/23 | 30096 | -799.70 |
| 10/16/23 | 30097 | -2,067.52 |
| 10/18/23 | 30098 | -1,361.76 |
| **Total checks** | | **-$132,051.22** |
| **Total # of checks** | | **58** |

⁎ *There is a gap in sequential check numbers*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|-----------|------|-------------|
| 10/01 | 79,042.22 | 10/11 | 100,834.61 | 10/19 | 35,925.98 |
| 10/02 | 59,826.30 | 10/12 | 99,119.26 | 10/20 | 31,999.88 |
| 10/03 | 60,036.14 | 10/13 | 99,729.86 | 10/25 | 50,943.26 |
| 10/04 | 49,952.65 | 10/16 | 89,304.00 | 10/26 | 50,920.85 |
| 10/05 | 42,113.96 | 10/17 | 82,192.23 | 10/27 | 52,357.90 |
| 10/06 | 125,679.55 | 10/18 | 57,417.43 | 10/31 | 52,358.48 |
| 10/10 | 106,400.69 | | | | |

This page intentionally left blank

Case 23-32366-pcm11    Doc 56-1    Filed 11/17/23


# Check images

**Account number: [redacted] 4915**
Check number: 29992 | Amount: $62.20

Check number: 30024 | Amount: $799.72

Check number: 30027 | Amount: $152.50

Check number: 30035 | Amount: $400.00

Check number: 30037 | Amount: $270.17

continued on the next page



## Check images - continued

**Account number: [redacted]4915**

Check number: 30041 | Amount: $6,500.00

Check number: 30042 | Amount: $808.37

Check number: 30043 | Amount: $21.48

Check number: 30044 | Amount: $787.79

Check number: 30046 | Amount: $1,419.04

continued on the next page


## Check images - continued

**Account number:** ███████915

Check number: 30047  |  Amount: $80.05



Check number: 30048  |  Amount: $665.03




Check number: 30049  |  Amount: $386.41




Check number: 30050  |  Amount: $799.71




Check number: 30051  |  Amount: $1,563.05




continued on the next page

Case 23-32366-pcm11    Doc 56-1    Filed 11/17/23



**BANK OF AMERICA** 🇺🇸



**BANK OF AMERICA**

ILWU LOCAL #8  |  Account ███ 4915  |  October 1, 2023 to October 31, 2023

# Check images - continued

Account number: ███ 4915

Check number: 30052  |  Amount: $2,065.92

 

Check number: 30053  |  Amount: $1,324.19

 

Check number: 30054  |  Amount: $326.95

 

Check number: 30055  |  Amount: $387.41

 

Check number: 30056  |  Amount: $7,560.00

 

*continued on the next page*

Case 23-32366-pcm11   Doc 56-1   Filed 11/17/23


## Check images - continued

**Account number: [redacted]915**
Check number: 30057 | Amount: $34.00

ILWU LOCAL 8
30057
10/2/2023
PAY TO THE ORDER OF FIRST CHOICE COFFEE SERVICE $ 34.00
Thirty-Four and 00/100 DOLLARS
FIRST CHOICE COFFEE SERVICE
PORTLAND OR 97214
C2711S2 / COFFEE SERVICE
[redacted]

[redacted]

Check number: 30058 | Amount: $5,148.08

ILWU LOCAL 8
30058
PAY TO THE ORDER OF LOCAL 11 TRUST FUNDS $ 5,148.08
Five Thousand One Hundred Forty-Eight and 08/100 DOLLARS
LOCAL 11 HEALTH FUNDS
LOS ANGELES CA
[redacted]

[redacted]

Check number: 30059 | Amount: $6,500.00

ILWU LOCAL 8
30059
10/3/2023
PAY TO THE ORDER OF PETERSON & ASSOCIATES, P.S. $ 6,500.00
Six Thousand Five Hundred and 00/100 DOLLARS
PETERSON & ASSOCIATES, P.S.
VANCOUVER, WA
ACCOUNTANT
[redacted]

[redacted]

Check number: 30060 | Amount: $4,106.00

ILWU LOCAL 8
30060
10/2/2023
PAY TO THE ORDER OF SERVICEMASTER $ 4,106.00
Four Thousand One Hundred Six and 00/100 DOLLARS
SERVICEMASTER
CLACKAMAS OR 97015
JANITORIAL
[redacted]

Seq: 3
Dep: 001205
Date: 10/04/23
[redacted]

Check number: 30061 | Amount: $5,793.48

ILWU LOCAL 8
30061
10/2/2023
PAY TO THE ORDER OF VORTEX INDUSTRIES LLC $ 5,793.48
Five Thousand Seven Hundred Ninety-Three and 48/100 DOLLARS
VORTEX INDUSTRIES LLC
EL MONTE CA
REPAIR & MAINTENANCE DOORS
[redacted]

[redacted]

continued on the next page


## Check images - continued

**Account number[redacted]915**

Check number: 30062 | Amount: $2,256.61

Check number: 30063 | Amount: $231.59

Check number: 30064 | Amount: $1,034.54

Check number: 30065 | Amount: $427.57

Check number: 30066 | Amount: $500.00

*continued on the next page*



# Check images - continued

**Account number** [redacted] **4915**

Check number: 30067 | Amount: $567.89

Check number: 30068 | Amount: $545.04

Check number: 30069 | Amount: $22.41

Check number: 30070 | Amount: $665.03

Check number: 30071 | Amount: $799.71

continued on the next page


## Check images - continued

**Account number: [redacted] 4915**

Check number: 30072 | Amount: $2,065.91

Check number: 30073 | Amount: $1,324.17

Check number: 30074 | Amount: $411.14

Check number: 30075 | Amount: $1,275.35

Check number: 30076 | Amount: $6,500.00

continued on the next page


## Check images - continued

**Account number: [redacted]4915**
Check number: 30077 | Amount: $1,537.53

Check number: 30078 | Amount: $269.43

Check number: 30079 | Amount: $35.13

Check number: 30080 | Amount: $21,429.25

Check number: 30081 | Amount: $20.00

continued on the next page


# Check images - continued

**Account number: [redacted]4915**

Check number: 30082 | Amount: $665.03

Check number: 30083 | Amount: $799.71

Check number: 30084 | Amount: $2,065.93

Check number: 30085 | Amount: $1,361.76

Check number: 30086 | Amount: $15,016.33

continued on the next page


## Check images - continued

**Account number: [redacted]4915**

Check number: 30087 | Amount: $11,056.62

Check number: 30091 | Amount: $796.50

Check number: 30093 | Amount: $5,394.80

Check number: 30094 | Amount: $97.50

Check number: 30095 | Amount: $688.21

continued on the next page


## Check images - continued

Account number ███████4915

Check number: 30096 | Amount: $799.70

 

Check number: 30097 | Amount: $2,067.52

 

Check number: 30098 | Amount: $1,361.76

 

Case 23-32366-pcm11    Doc 56-1    Filed 11/17/23

# 34

October 31, 2023

| | | Cash | Checking | Credit Union |
|---|---|---|---|---|

Oct 26 Receipts

Oct 26 Receipts

Oct 30 Receipts

Disbursed

Oct 31 Receipts

Receipt

Receipts

Disbursed

Interest

| Date | Description | CASH | CHECK | Credit Union |
|---|---|---|---|---|
| Oct 02 | Receipts | 4542.08 | 39,309 TH | 100,929.19 |
| Oct 02 | Receipts | 484.50 | | |
| | Disbursed | 14,281.58 | | |
| | Disbursed | (1846.50) | 1846.59 | |
| | Disbursed | (42822.67) | 42823.61 | |
| Oct 06 | Receipts | 92764.49 | | |
| | | 2836.83 | | |
| | Disbursed | (10824) | 10824 | |
| Oct 10 | Receipts | 1681.42 | | |
| | | 84351.61 | | |
| | Disbursed | (413.8458) | | |
| | | 413.8458 | | |
| Oct 16 | Disbursed | 4103.50 | | |
| | | 54541.53 | | |
| | TRANSFER FROM C/D | 30,000.00 | | |

10/18/2023 -
10/31/2023

# INTERNATIONAL LONGSHORE & WAREHOUSE
## Balance Sheet
### As of October 31, 2023

|  | Oct 31, 23 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 101 · GENERAL BANK ACCOUNT | 43,643.89 |
| 103 · PICNIC ACCOUNT | 4,720.33 |
| 105 · CERTIFICATE OF DEPOSIT | 123,471.48 |
| 106 · CREDIT UNION CHECKING | 106,142.93 |
| 107 · CREDIT UNION ACCOUNT | 270.46 |
| 108 · CASH ON HAND | 15,392.57 |
| **Total Checking/Savings** | 293,641.66 |
| **Total Current Assets** | 293,641.66 |
| **TOTAL ASSETS** | **293,641.66** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| 201 · PAYROLL LIABILITIES | 1,156.14 |
| **Total Other Current Liabilities** | 1,156.14 |
| **Total Current Liabilities** | 1,156.14 |
| **Total Liabilities** | 1,156.14 |
| **Equity** | |
| 301 · FUND BALANCE | 389,762.05 |
| 302 · Opening Bal Equity | -157,590.20 |
| 3900 · Retained Earnings | 199,456.69 |
| Net Income | -139,143.02 |
| **Total Equity** | 292,485.52 |
| **TOTAL LIABILITIES & EQUITY** | **293,641.66** |

Case 23-32366-pcm11     Doc 56-1     Filed 11/17/23

# INTERNATIONAL LONGSHORE & WAREHOUSE
## Trial Balance
### As of October 31, 2023

| | Oct 31, 23 | |
| --- | --- | --- |
| | Debit | Credit |
| 110 · #2 CERTIFICATE OF DEPOSIT | 0.00 | |
| 115 · TRUST FUND | 0.00 | |
| 109 · HOST 2018 CONVENTION | 0.00 | |
| 101 · GENERAL BANK ACCOUNT | 43,643.89 | |
| 102 · WELLS FARGO DIP ACCOUNT | 0.00 | |
| 103 · PICNIC ACCOUNT | 4,720.33 | |
| 104 · SCHOLARSHIP ACCOUNT | 0.00 | |
| 105 · CERTIFICATE OF DEPOSIT | 123,471.48 | |
| 106 · CREDIT UNION CHECKING | 106,142.93 | |
| 107 · CREDIT UNION ACCOUNT | 270.46 | |
| 108 · CASH ON HAND | 15,392.57 | |
| 201 · PAYROLL LIABILITIES | | 1,156.14 |
| 301 · FUND BALANCE | | 389,762.05 |
| 302 · Opening Bal Equity | 157,590.20 | |
| 3900 · Retained Earnings | | 199,456.69 |
| 401 · REGULAR DUES - CLASS A | | 939,081.39 |
| 402 · PERMIT FEES | | 276,472.76 |
| 403 · OTHER DIVISIONS | | 5,040.00 |
| 404 · FINES | | 2,200.00 |
| 407 · INITIATION FEES | | 800.00 |
| 409 · ACTIVE RETIRED DUES | | 568.00 |
| 413 · RENTAL INCOME | | 71,437.64 |
| 414 · DONATIONS | | 2,150.00 |
| 415 · JOINT COMMITTEE REIMB | | 55,541.68 |
| 415 · JOINT COMMITTEE REIMB:415.31 · MISCELLANEOUS JOINT EXPENSE | | 19,237.64 |
| 417 · INTEREST INCOME | | 1,032.78 |
| 418 · RIDE & RAFFLE PROCEEDS | | 6,168.00 |
| 420 · MISCELLANEOUS INCOME | | 558,766.19 |
| 500 · PAYROLL | 697,059.87 | |
| 506 · MILEAGE & PER DIEM | 71,043.74 | |
| 508 · AFFILIATION FEES | 334,554.30 | |
| 509 · OFFICE SUPPLIES | 22,828.48 | |
| 510 · UTILTIES & TELEPHONE | 64,395.26 | |
| 511 · HALL EXPENSES | 158,637.52 | |
| 512 · JOINT HALL EXPENSES | 176,069.59 | |
| 513 · RENT EXPENSE | 75,600.00 | |
| 514 · MEETING EXPENSE | 1,400.00 | |
| 515 · DEATH BENEFITS | 2,200.00 | |
| 516 · FLOWER EXPENSES | 857.98 | |
| 517 · DONATIONS & CONTRIBUTIONS:517.1 · DONATIONS | 3,000.00 | |
| 517 · DONATIONS & CONTRIBUTIONS:519 · DONATIONS FROM ASSESSMENTS | 6,528.00 | |
| 520 · PAYROLL TAX EXPENSE | 73,285.64 | |
| 522 · INSURANCE:522.1 · BA PENSION CONTRIBUTION | 60,406.68 | |
| 522 · INSURANCE:523 · OFFICE PENSION CONTRIBUTION | 71,382.50 | |
| 522 · INSURANCE:524 · GENERAL LIABILITY INS | 9,768.23 | |
| 522 · INSURANCE:524.1 · WORKERS COMPENSATION | 2,972.51 | |
| 525 · PROFESSIONAL FEES | 1,285.00 | |
| 525 · PROFESSIONAL FEES:525.1 · ACCOUNTING FEES | 23,975.00 | |
| 525 · PROFESSIONAL FEES:525.2 · LEGAL FEES | 186,958.10 | |
| 526 · REIMBURSED EXPENSE | 3,875.50 | |
| 527 · PICNIC EXPENSES | 27,169.01 | |
| 531 · MISCELLANEOUS EXPENSES | 2,386.19 | |
| TOTAL | 2,528,870.96 | 2,528,870.96 |

Page 1