Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re | ) Case No. 23-32366-pcm11 |
| Local 8, International Longshoremen's and Warehousemen's Union, | ) ORDER SETTING DEADLINE TO FILE 120 DAY CASH FLOW PROJECTION |
| Debtor. | ) |

This matter came before the Court on the Debtor's Precautionary Motion to Extend Time to Supplement Case Management Documents [Docket No. 42], filed on November 2, 2023 and at the Case Management Hearing held on November 16, 2023.

//
//
//
//
//
//

**Page 1 of 2** – ORDER SETTING DEADLINE TO FILE 120 DAY CASH FLOW PROJECTION

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Case 23-32366-pcm11    Doc 57    Filed 11/22/23

1   Based upon the foregoing, and the record herein, it is hereby,

2   ORDERED:

3   The Debtor shall file the 120 day cash flow forecast no later than November 30, 2023.

4                                      # # #

5   
6   PRESENTED BY:

7   SUSSMAN SHANK LLP

8   */s/ Susan S. Ford*

9   _____
    Susan S. Ford, OSB No. 842203
10  Thomas W. Stilley, OSB No. 883167
    Joshua G. Flood, OSB No. 223085
11  sford@sussmanshank.com
    tstilley@sussmanshank.com
12  jflood@sussmanshank.com
      Attorneys for Debtors and Debtors-in-Possession

**Page 2 of 2** – ORDER SETTING DEADLINE TO FILE 120 DAY CASH FLOW PROJECTION

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Case 23-32366-pcm11    Doc 57    Filed 11/22/23