Susan S. Ford, OSB No. 842203
Thomas W. Stilley, OSB No. 883167
Joshua G. Flood, OSB No. 223085
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR  97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130
E-Mail: sford@sussmanshank.com
       tstilley@sussmanshank.com
       jflood@sussmanshank.com

Attorneys for Debtor and Debtor in Possession

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Local 8, International Longshoremen's and Warehousemen's Union,<br><br>Debtor. | Case No. 23-32366-pcm11<br><br>NOTICE OF MOTION TO APPROVE COMPROMISE AND SETTLEMENT BETWEEN DEBTOR AND ICTSI OREGON, INC.<br><br>AND<br><br>NOTICE OF HEARING |

**NOTICE OF MOTION**

On March 15, 2024, Debtor filed its *MOTION TO APPROVE COMPROMISE AND SETTLEMENT BETWEEN DEBTOR AND ICTSI OREGON, INC* [Dkt. No. 94] (the "Motion"). If you oppose the proposed course of action or relief sought in the motion, you must file a written objection with the bankruptcy court no later than 21 days after the date listed in the certificate of service attached hereto.  Your objection must set forth the specific grounds for objection and your relation to the case.  The objection must be received by the Clerk of Court at U.S. Bankruptcy Court, 1050 S.W. Sixth Avenue, Suite 700, Portland, Oregon 97204 by the deadline specified above or it may not be considered. You must also serve the objection on Susan S. Ford, Sussman

**Page 1 of 2** – NOTICE OF HEARING

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Case 23-32366-pcm11    Doc 96    Filed 03/19/24

Shank, LLP, 1000 SW Broadway, Suite 1400, Portland, Oregon 97205 within that same time.

**NOTICE OF HEARING**

YOU ARE NOTIFIED that a **TELEPHONE HEARING** will be held on April 10, 2024, at 10:00 a.m. before The Honorable Peter C. McKittrick regarding (1) *DEBTOR'S MOTION TO APPROVE COMPROMISE AND SETTLEMENT BETWEEN DEBTOR AND ICTSI OREGON, INC. [ECF No. 94),* and (2) *DEBTOR'S MOTION TO DISMISS CASE AND FOP RELATED RELIEF [ECF No. 95]*.

Call in information is as follows:

Toll Free Call in Number (888) 684-8852

Access Code: 123824

Further information to participate at the telephone hearing is in the link below:

https://www.orb.uscourts.gov/judges-telephone-hearing-information

DATED this 19th day of March, 2024.

SUSSMAN SHANK LLP

By */s/ Susan S. Ford*
Susan S. Ford, OSB No. 842203
Thomas W. Stilley OSB No. 883167
Joshua G. Flood, OSB No. 223085
Proposed Attorneys for Debtor

26933-002 (04442771)

Page 2 of 2 – NOTICE OF HEARING

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Case 23-32366-pcm11    Doc 96    Filed 03/19/24

# CERTIFICATE OF SERVICE

I, Janine E. Hume declare as follows:

I am employed in the County of Multnomah, state of Oregon; I am over the age of eighteen years and am not a party to this action; my business address is 1000 SW Broadway, Suite 1400, Portland, Oregon 97205-3089, in said county and state.

I certify that on March 19, 2024, I served, **via first class mail**, a full and correct copy of the foregoing **DEBTOR'S NOTICE OF MOTION TO SETTLE AND COMPROMISE, AND NOTICE OF HEARING THEREON**, to the parties of record, addressed as follows and <u>on the parties on the attached matrix</u>:

Barnard Iglitzin & Lavitt LLP
18 West Mercer Street, Suite 400
Seattle, WA 98119

Ori Katz
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109

James G Murphy
3803 136th St. N.E.
Marysville, WA 98271

Jennifer Nassiri
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6055

Peterson & Associates PS
14201 NE 20th Ave. Suite B-101
Vancouver, WA 98686

I also certify that on March 19, 2024, I served the above-referenced document(s) on all ECF participants as indicated on the Court's Cm/ECF system.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: March 19, 2024.

/s/ Janine E. Hume
_____
Janine E. Hume, Legal Assistant

CERTIFICATE OF SERVICE - Page 1

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130

Case 23-32366-pcm11    Doc 96    Filed 03/19/24

```
Label Matrix for local noticing          ABC Fire Extinguisher Inc.              ALSCO
0979-3                                   4848 NE 102nd Avenue                    PO Box 17337
Case 23-32366-pcm11                      Portland, OR 97220-3340                 Portland, OR 97217-0337
District of Oregon
Portland
Fri Mar 15 10:43:40 PDT 2024

AT&T                                     American Bankers Insuarnce              American Bankers Insurance
PO Box 6463                              Company - Flood Insurance               Company
Carol Stream, IL 60197-6463              PO Box731178                            PO Box 731178
                                         Dallas, TX 75373-1178                   Dallas, TX 75373-1178


Arrow Sanitary Service                   Arrow Sanitary Service                  Ash Grove Cement Company
PO Box 7428                              PO Box 74280                            Attn: Plant Manager
Pasadena, CA 91109-7428                  Pasadena, CA 91109-7428                 13939 N Rivergate Blvd
                                                                                 Portland, OR 97203-6608


Barnard Iglitzin & Lavitt LLP            Basic Fire Protection Inc.              Centric Elevator Corporation
18 West Mercer Street, Suite 400         8135 NE MLK Blvd.                       2855 SE 9th Avenue
Seattle, WA 98119-3971                   Portland, OR 97211-1339                 Portland, OR 97202-2508


(p)CITY OF PORTLAND                      City of Portland                        Clark County, Washington
OFFICE OF CITY ATTORNEY                  Police Alarm                            Attn: Human Resources
RM 430                                   PO Box 5599                             PO Box 5000
1221 SW 4TH AVE                          Portland, OR 97228-5599                 Vancouver, WA 98666-5000
PORTLAND OR 97204-1991

Coast Longshore Division                 Columbia River Pensioners               Comcast Business
1188 Franklin Street                     Memorial Assoc                          PO Box 376091
San Francisco, CA 94109-6800             2435 NW Front Avenue                    Philadelphia, PA 19101-0601
                                         Portland, OR 97209-1825


Comcast Cable                            JOSHUA GALLAGHER FLOOD                  SUSAN S FORD
PO Box 34744                             Sussman Shank LLP                       1000 SW Broadway #1400
Seattle, WA 98124-1744                   1000 SW Broadway                        Portland, OR 97205-3066
                                         Suite 1400
                                         Portland, OR 97205-3089

First Choice Coffee Service              AMANDA T GAMBLIN                        MICHAEL T GARONE
313 SE Yamhill                           Amanda T Gamblin, Attorney at Law       Schwabe, Williamson & Wyatt
Portland, OR 97214-2199                  4004 SE Francis St                      1211 SW Fifth Avenue
                                         Porltand, OR 97202-3104                 Suite 1900
                                                                                 Portland, OR 97204-3719

GoToMyPC                                 I.L.W.U.                                I.L.W.U.
851 W Cypress Creek Rd                   1188 Franklin Street                    1188 Franklin Street 4th Floor
Fort Lauderdale, FL 33309-2009           San Francisco, CA 94109-6800            San Francisco, CA 94109-6800


ICTSI Oregon, Inc.                       IRS                                     International Raw Materials, L
1211 SW 5th Ave, Suite 1900              PO Box 7346                             600 Chestnut St Ste 800
Portland, OR 97204-3719                  Philadelphia PA 19101-7346              Philadelphia, PA 19106-3413
```

| | | |
|---|---|---|
| Intuit<br>PO Box 34328<br>Seattle, WA 98124-1328 | Johnson Controls Security System<br>PO Box 371967<br>Pittsburg, PA 15250-7967 | Johnson Controls Security System<br>PO Box 371967<br>Pittsburgh, PA 15250-7967 |
| ORI KATZ<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4109 | DANIEL KUBITZ<br>Schwabe, Williamson & Wyatt PC<br>1211 SW 5th Ave<br>Ste #1900<br>Portland, OR 97204-3719 | Lifeready 360<br>3597 E Monarch<br>Sky Ln #200<br>Meridian, ID 83646-1055 |
| Local 11 Health Funds<br>PO Box 515199<br>Los Angeles, CA 90051-5199 | Local 8, International Longshoremen's a<br>2435 NW Front Ave<br>Portland, OR 97209-1825 | MC Landscaping LLC<br>12065 SW Gault<br>Beaverton, OR 97008-7936 |
| Michael Garone<br>Schwabe, Williamson & Wyatt PC<br>1211 SW 5th Ave.<br>Portland, OR 97204-3795 | Michael T. Garone<br>Schwabe Williamson & Wyatt, PC<br>1211 SW 5th Avenue<br>Portland, OR 97204-3795 | Amy E Mitchell<br>POB 2289<br>Lake Oswego, OR 97035-0074 |
| James G Murphy<br>3803 136th St. N.E.<br>Marysville, WA 98271-7816 | N.W. Natural Gas<br>250 SW Taylor St.<br>Portland, OR 97204-3038 | JENNIFER NASSIRI<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067-6055 |
| Norhtwest Industrial Business Association<br>1125 Madison Suite 112<br>Portland, OR 97214-3600 | OPEIU Local 11<br>3815 Columbia Street<br>Vancouver, WA 98660-1967 | Oregon Area District Council<br>2435 NW Front Avenue<br>Portland, OR 97209-1825 |
| Oregon Department of Revenue<br>Box 14800<br>Salem, OR 97309-0920 | Oregon Mutual Group<br>PO Box 3900<br>Portland, OR 97208-3900 | Pacific Maritime Association<br>EE Welfare<br>PO Box 45322<br>San Francisco, CA 94145-0322 |
| Pacific Maritime Association<br>Pay Directs<br>PO Box 740849<br>Los Angeles, CA 90074-0849 | Pavelcomm<br>1640 NW 14th Avenue<br>Portland, OR 97209-2502 | Pavelcomm, Inc.<br>1640 N.W. 14th Ave<br>Portland, OR 97209-2502 |
| Peterson & Associates PS<br>14201 NE 20th Ave. Suite B-101<br>Vancouver, WA 98686-6412 | Peterson & Associates PS<br>7917 NE Hazel Dell Ave<br>Vancouver, WA 98665-8226 | Portand Joint Labor Relations Committee<br>555 Market Street, 3rd Floor<br>San Francisco, CA 94105-5801 |
| Portland General Electric<br>7895 SW Mohawk St<br>Tualatin OR 97062-9192 | Portland General Electric<br>PO Box 4438<br>Portland, OR 97208-4438 | Portland Police Alarm Administration<br>PO Box 1867<br>Portland, OR 97207-1867 |

| | | |
|---|---|---|
| LAWRENCE R REAM<br>Schwabe, Williamson & Wyatt P.C.<br>1420 Fifth Avenue<br>Ste 3400<br>Seattle, WA 98101-2339 | Republic Services #472<br>PO Box 78829<br>Phoenix, AZ 85062-8829 | SAIF Corporation<br>400 High St<br>Salem, OR 97312-1000 |
| SAIF Corporation<br>400 High Street ST<br>Salem, OR 97312-1000 | THOMAS W STILLEY<br>1000 SW BROADWAY #1400<br>PORTLAND, OR 97205-3066 | Servicemaster<br>PO Box 1213<br>Clackamas, OR 97015-1213 |
| Sierra Springs<br>PO Box 660579<br>Dallas, TX 75266-0579 | Sprague<br>PO Box 2222<br>Tacoma, WA 98401-2222 | Stat Pads LLC<br>13897 W. Wainwright<br>Boise, ID 83713-5011 |
| Superior Underwriters<br>2002 156TH AVENUE NE, #201<br>Bellevue, WA 98007-3828 | CHRISTIAN A. TORIMINO<br>DOJ-Ust<br>1220 SW 3rd Ave.<br>Room 315<br>Portland, OR 97204-2829 | Tax Collector<br>Multnomah County<br>PO Box 2716<br>Portland, OR 97208-2716 |
| Trotter & Morton Facility<br>29755 SW Boones Ferry Road<br>Wilsonville, OR 97070-7202 | Trotter & Morton Facility<br>Service<br>29755 SW Boons Ferry Road<br>Wilsonville, OR 97070-7202 | US Bank Equipment Finance<br>PO Box 790448<br>Saint Louis, MO 63179-0448 |
| US Trustee, Portland<br>1220 SW 3rd Ave., Rm. 315<br>Portland, OR 97204-2829 | Unions-America<br>PO Box 100<br>Battleground, WA 98604-0100 | Unions-America.com<br>PO Box 3101<br>Clackamas, OR 97015-3101 |
| United States Treasury<br>PO Box 932100<br>Louisville, KY 40293-2100 | Western States OPEIU<br>Pension Fund, PMB #116<br>5331 S. Macadam Avenue, Ste 258<br>Portland, OR 97239-3871 | Western States OPEIU Pension<br>Fund<br>Unit 10, PO Box 4800<br>Portland, OR 97208-4800 |
| Western States OPEIU Pension<br>c/o BeneSys, Inc. PMB116<br>5331 SW Macadam Ave. Ste. 258<br>Portland, OR 97239-3871 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

City of Portland
PO Box 4216
Portland, OR 97208

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)ICTSI Oregon, Inc.

End of Label Matrix
Mailable recipients   81
Bypassed recipients    1
Total                 82